FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA 97 JUN -9 AM II: 50

SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA          )
                                  )
          Plaintiff,              )
                                  )
v.                                )     CIVIL ACTION NO. 97-N-1100-S
                                  )
SHERRI L. SCOTT                   )
a/k/a SHERRI L. PARKER            )
SSN: 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,                 )     **ENTERED**
                                  )
          Defendant.              )     JUN 1 0 1997

### FINDINGS AND CONCLUSIONS

          This cause coming on to be heard on the written motion
of Plaintiff, supported by affidavit, for Judgment by Default in
favor of Plaintiff and against Defendant pursuant to Rule 55,
Federal Rules of Civil Procedure, the Court makes the following
findings and conclusions:

          1.    The Summons and Complaint were served upon
Defendant on May 8, 1997; Defendant has failed to appear, plead,
or otherwise defend.

          2.    Defendant is not an infant or incompetent person,
nor has Defendant been in the military service of the United
States since the filing of this suit or for a period of six
months prior to such filing.

          3.    Defendant is indebted to Plaintiff in the
principal sum of $2,817.03, court costs of $150.00 pursuant to 28
U.S.C. § 2412(a)(2), and interest of $1,369.73 through May 29,
1997, and at the rate of 8% until date of judgment.



4.     Plaintiff is due to recover from Defendant the total sum of \$4,336.76, plus interest from May 29, 1997, until date of judgment at the rate of 8 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full.  A judgment will enter accordingly.

Done this the _____ day of _____, 1997.

_____
UNITED STATES DISTRICT JUDGE